In the Matter of SHANE S.

No. 80–136–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

James Murray, Pawtucket, for petitioner.

Thomas L. McDonald, Providence, for respondent.

Richard A. Ciccone, Providence, for defendant.

### ORDER

The petition for writ of habeas corpus is denied as moot.